**STATE of Missouri, Respondent,**

v.

**Willetta TOWNSEND, Appellant.**

**No. ED 102201**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: December 15, 2015

Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO, for Appellant.

Chris A. Koster, Attorney General, Christine K. Lesicko, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

### ORDER

PER CURIAM.

Willetta Townsend appeals from the judgment entered on her convictions after a jury trial for robbery in the first degree and armed criminal action. There was sufficient evidence to support these convictions, and we affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).